UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW LOUIS MERCADO,<br><br>      Plaintiff,<br><br> -against-<br><br>TOWN OF GOSHEN; ORANGE COUNTY COURTS & CORRECTIONAL FACILITY; JUDGE FREEHILL; DA JANINE KOVACS,<br><br>      Defendants. | 20-CV-5399 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued August 28, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 28, 2020
    New York, New York

                     *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.